# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5256**                                **September Term, 2025**

1:24-cv-01381-PLF

Filed On: October 30, 2025 [2143069]

Hesai Technology Co., Ltd and Hesai Inc.,

      Appellants

    v.

United States Department of Defense, et al.,

      Appellees

### **O R D E R**

Upon consideration of appellants' consent motion to extend the briefing deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | December 3, 2025 |
| Appendix | December 3, 2025 |
| Appellees' Brief | January 2, 2026 |
| Appellants' Reply Brief | January 23, 2026 |

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:   /s/
                        Michael C. McGrail
                        Deputy Clerk