**United States Court of Appeals**
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5256**  September Term, 2025
1:24-cv-01381-PLF

Filed On: December 12, 2025

Hesai Technology Co., Ltd and Hesai Inc.,

    Appellants

  v.

United States Department of Defense, et al.,

    Appellees

**BEFORE:** Rao, Walker, and Childs, Circuit Judges

**O R D E R**

Upon consideration of the motion to coordinate this case with SZ DJI Technology Co., Ltd. v. U.S. Dep't of Defense, No. 25-5367 for purposes of oral argument, and the notice regarding the motion to coordinate filed in SZ DJI Technology Co. Ltd., No. 25-5367, it is

**ORDERED** that the motion to coordinate be denied.

**Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:    /s/
        Selena R. Gancasz
        Deputy Clerk