# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5256**  September Term, 2025

1:24-cv-01381-PLF

Filed On: March 6, 2026 [2162601]

Hesai Technology Co., Ltd and Hesai Inc.,

    Appellants

    v.

United States Department of Defense, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 19, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard and Garcia, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 10, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)