

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Avenue NW

Washington, D.C. 20530

Tel: (202) 353-4895

June 10, 2026

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW
Washington, D.C. 20001

RE:     *Hesai Technology Co., Ltd. v. U.S. Department of Defense*,
        No. 25-5256 (D.C. Cir.)

Dear Mr. Cislak:

I am writing to inform the Court that the Department of Defense's annual Section 1260H List was published in the Federal Register today. The list is available at https://www.federalregister.gov/d/2026-11571 and attached to this letter.  Plaintiff Hesai Technology Co., Ltd. is included on this list, which also states the basis for the listing.

Sincerely,

 *s/ Urja Mittal*
Urja Mittal

cc:     Counsel of Record (via CM/ECF)

notice to *www.reginfo.gov/public/do/ PRAMain.* Find this particular information collection by selecting ''Currently under 30-day Review—Open for Public Comments'' or by using the search function.

**FOR FURTHER INFORMATION CONTACT:** Reginald Lucas, (571) 372–7574, *whs.mc-alex.esd.mbx.dd-dod-information-collections@mail.mil.*

**SUPPLEMENTARY INFORMATION:**

*Title; Associated Form; and OMB Number:* Application/Permit for Use of Space on the Pentagon Reservation; DD Form 2798; OMB Control Number 0704–AUSP.

*Type of Request:* New.
*Number of Respondents:* 30.
*Responses per Respondent:* 1.
*Annual Responses:* 30.
*Average Burden per Response:* 25 minutes.
*Annual Burden Hours:* 12.5.

*Needs and Uses:* In accordance with 32 CFR part 234, which governs conduct on the Pentagon Reservation, individuals and organizations (permit applicants) who wish to use space on the Pentagon Reservation submit a DD Form 2798, ''Application/Permit For Use Of Space On The Pentagon Reservation.'' Reasons to submit a DD Form 2798 include seeking permit for group photos, posters, corridor displays, construction (demolition, survey, laydown, storage), and special events (induction and award ceremonies, changes-of-command, promotions, and retirements). DD Form 2798 is required for use of Pentagon Reservation public space, not activities in leased spaces.

*Affected Public:* Businesses or other for-profit; Not-for-profit.

*Frequency:* On occasion.

Respondent's Obligation: Voluntary.

Dod Clearance Officer: Mr. Reginald Lucas.

Dated: June 8, 2026.

**Aaron T. Siegel,**
*Alternate OSD Federal Register Liaison Officer, Department of Defense.*
[FR Doc. 2026–11597 Filed 6–9–26; 8:45 am]
**BILLING CODE 6001–FR–P**

---

# DEPARTMENT OF DEFENSE

## Office of the Secretary

**[Docket ID: DOD–2026–OS–1288]**

## Notice of Availability of Designation of Chinese Military Companies

**AGENCY:** Office of the Under Secretary of Defense (Acquisition and Sustainment), Department of Defense.

**ACTION:** Notice of Chinese military companies operating in the United States.

---

**SUMMARY:** The Deputy Secretary of Defense has determined that the entities listed in the **SUPPLEMENTARY INFORMATION** section of this notice satisfy the requirements to be designated as a ''Chinese military company.''

**FOR FURTHER INFORMATION CONTACT:** Mr. Devante Brown (GIES), (703) 695–8545.

**SUPPLEMENTARY INFORMATION:** Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Pub. L. 116–283, Section 1260H, as amended (codified at 10 U.S.C. 113, note)) (Section 1260H) provides that the Secretary of Defense is to identify and publish a list of ''Chinese military companies'' annually until December 31, 2030, and to make additions or deletions to the list not less frequently than annually. Section 1260H(b)(2) requires the Secretary of Defense to publish the unclassified portion of the list in the **Federal Register**.

The Deputy Secretary of Defense has determined that the following entities qualify for designation as ''Chinese military companies,'' are engaged in providing commercial services, manufacturing, producing, or exporting (as required by Section 1260H(g)(2)(B)(ii)), and operate directly or indirectly in the United States (as required by Section 1260H(a)) in accordance with section 1260H:

360 Security Technology, Inc. (Qihoo 360)

• Qihoo 360 is directly and indirectly affiliated with the Ministry of Industry and Information Technology (MIIT) and the Ministry of State Security (Section 1260H(g)(2)(B)(i)(I)). Qihoo 360 is a military civil fusion contributor to the Chinese defense industrial base because it is affiliated with the MIIT and with MSS (Sections 1260H(g)(3)(B)(i) and (g)(3)(B)(iv)).

Aerospace CH UAV Co., Ltd. (CH UAV)

• CH UAV is indirectly owned by the State-Owned Assets Supervision and Administration Commission of the State Council (SASAC) and is directly affiliated with the People's Liberation Army (PLA) (Section 1260H(g)(2)(B)(i)(I)). CH UAV is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with the People's Liberation Army (PLA) (Section 1260H(g)(3)(B)(v)).

Aerosun Corporation (Aerosun)

• Aerosun is indirectly owned by the SASAC and is indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)).

Alibaba Group Holding Limited (Alibaba)

• Alibaba is indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). Alibaba is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with MIIT (Section 1260H(g)(3)(B)(i)).

Autel Intelligent Technology Corp., Ltd. (Autel Technology)

• Autel Technology is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Little Giant'' and because it is affiliated with MIIT (Sections 1260H(g)(3)(A) and (g)(3)(B)(i)).

Autel Robotics Co., Ltd. (Autel Robotics)

• Autel Robotics is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Little Giant'' (Section 1260H(g)(3)(A)).

Aviation Industry Corporation of China, Ltd. (AVIC) (and AVIC subsidiaries: Align Aerospace LLC, Avicopter PLC, AVIC Aerospace Systems Co., Ltd., AVIC Airborne Systems Co., Ltd., AVIC Asset Management Corporation Ltd., AVIC Aviation High-Technology Company Limited (AVIC Aviation Hi-Tech), AVIC Chengdu Aircraft Co., Ltd. (formerly Zhonghang Electronic Measuring Instruments Company Limited (ZEMIC)), AVIC Electromechanical Systems Co. Ltd., AVIC Heavy Machinery Company Limited (AVIC Heavy Machinery), AVIC JONHON Optronic Technology Co., Ltd. (AVIC Jonhon), AVIC Shenyang Aircraft Company Limited (AVIC Shenyang), AVIC Xi'an Aircraft Industry Group Company Ltd. (formerly Xi'an Aircraft Industry Group Co., Ltd.), Changhe Aircraft Industries (Group) Co., Ltd., Cirrus Design Corporation, Continental Aerospace Technologies, Inc., Jiangxi Hongdu Aviation Industry Co., Ltd.

(Hongdu Aviation), and Shenyang Aircraft Design Institute)

• AVIC is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)). AVIC is a military-civil fusion contributors to the Chinese defense industrial base because it is affiliated with SASAC and State Administration of Science, Technology and Industry for National Defense (SASTIND) (Section 1260H(g)(3)(B)).

Baicells Technologies Co., Ltd. (Baicells)

• Baicells is indirectly affiliated with SASAC and MIIT (Section 1260H(g)(2)(B)(i)(I)). Baicells is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Little Giant'' and because it is affiliated with MIIT (Sections 1260H(g)(3)(A) and (g)(3)(B)(i)).

Baidu, Inc. (Baidu)

• Baidu is indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). Baidu is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with MIIT (Section 1260H(g)(3)(B)(i)).

Beijing Zhidao Chuangyu Information Technology Co., Ltd. (Knownsec)

• Knownsec is directly affiliated with MIIT and indirectly affiliated with SASAC and MIIT (Section 1260H(g)(2)(i)(I)). Knownsec is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Little Giant'' and because it is affiliated with MIIT (Sections 1260H(g)(3)(A) and (g)(3)(B)(i)).

BGI Group (and BGI Group subsidiaries: BGI Americas Corporation, BGI Genomics Co., Ltd. (BGI), Complete Genomics, Inc., Forensic Genomics International (FGI), GBI Diagnostics, Inc., Innomics, Inc., and STomics Americas, Ltd.)

• BGI Group is directly with the PLA and indirectly affiliated with MIIT and the PLA (Section 1260H(g)(2)(B)(i)(I)). BGI Group is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, research, and industrial efforts initiated, granted, or created by, or provided under, or related to the Chinese military planning apparatus, or in furtherance of Chinese military industrial planning objectives and because it is affiliated with MIIT and the PLA (Sections 1260H(g)(3)(A), (g)(3)(B)(i), and (g)(3)(B)(v)).

BOE Technology Group Co., Ltd. (BOE)

• BOE is indirectly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)). BOE is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with the PLA and because it resides in a military-civil fusion enterprise zone (Sections 1260H(g)(3)(B)(v) and (g)(3)(E)).

BYD Company Limited (BYD)

• BYD is directly and indirectly affiliated with SASAC and is indirectly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)). BYD is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with MIIT and because it resides in or is affiliated with a military-civil fusion enterprise zone (Sections 1260H(g)(3)(B)(i) and (g)(3)(E)).

CALB Group Co., Ltd. (CALB)

• CALB is indirectly owned by SASAC and is directly and indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)).

CETC Cyberspace Security Technology Co., Ltd. (formerly Chen Du Westone Information Industry Co., Ltd.)

• CETC Cyberspace Security Technology Co., Ltd. is indirectly owned by SASAC and is directly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

CETC Digital Technology Co., Ltd. (formerly Shanghai East China Computer Co., Ltd.)

• CETC Digital Technology Co., Ltd. is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

CETC Potevio Science & Technology Co., Ltd. (formerly Guangzhou GCI Science & Technology Co., Ltd.)

• CETC Potevio Science & Technology Co., Ltd. is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

ChangXin Memory Technologies, Inc. (CXMT)

• CXMT is directly affiliated with MIIT and indirectly affiliated with SASAC and MIIT (Section 1260H(g)(2)(B)(i)(I)).

Chengdu JOUAV Automation Tech Co., Ltd. (JOUAV)

• JOUAV is directly affiliated with MIIT and the PLA (Section 1260H(g)(2)(B)(i)(I)). JOUAV is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Little Giant;'' it is affiliated with MIIT; it is affiliated with the PLA, and it resides in a military-civil fusion enterprise zone (Sections 1260H(g)(3)(A), (g)(3)(B)(i) and (v), and (g)(3)(E)).

Chengdu Mengsheng Electronic Technology Co., Ltd. (M&S Electronics)

• M&S Electronics is indirectly affiliated with SASAC and SASTIND (Section 1260H(g)(2)(B)(i)(I)). M&S Electronics is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Little Giant'' (Section 1260H(g)(3)(A)).

China Aerospace Science and Industry Corporation Limited (CASIC) (and CASIC subsidiaries: Addisino Co., Ltd., Aerospace Precision Products Co., Ltd., Aisino Corporation, China Aerospace Automotive Co., Ltd.)

• CASIC is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)). CASIC is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with the PLA and SASTIND (Sections 1260H(g)(3)(B)(iii) and (v)).

China Cargo Airlines Co., Ltd. (CCA)

• CCA is indirectly owned by SASAC and is indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)).

China Communications Construction Group (Limited) (CCCG) (and CCCG subsidiaries: CCCC Design and Consulting Group Co., Ltd., CCCC First Harbor Engineering Bureau Co. Ltd., CCCC Second Navigation Engineering Bureau Co., Ltd., CCCC Third Navigation Engineering Bureau Co., Ltd., China Airport Construction

Group Corporation, China Communications Construction (USA) Co., Ltd., China Communications Construction Company Limited (CCCC), China Transportation Materials Co., Ltd., John Holland Group Pty Ltd., John Holland Services Pty Ltd., Shanghai Zhenhua Shipping Co. Ltd., ZPMC North America, Inc.)

• CCCG is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China Construction Technology Co. Ltd. (CCTC)

• CCTC is directly controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China COSCO SHIPPING Corporation Limited (COSCO SHIPPING) (and COSCO SHIPPING subsidiaries: China Ocean Shipping Company Ltd., COSCO SHIPPING (North America) Inc., COSCO SHIPPING Logistics Supply Chain Co., Ltd., Shanghai Ship and Shipping Research)

• COSCO SHIPPING is directly owned and controlled by SASAC; it officially acts on behalf of the PLA; and it is indirectly affiliated with SASTIND (Section 1260H(g)(2)(B)(i)(I)). COSCO SHIPPING is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, research, and industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military industrial planning apparatus, or in furtherance of Chinese military industrial planning objectives (Section 1260H(g)(3)(A)).

China Electronics Corporation (CEC) (and CEC subsidiaries: China Information Security Research Institute, IRICO Group Company, Ltd., Shenzhen CEC Blue Ocean Holdings Co., Ltd., The 6th Research Institute of CEC)

• CEC is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China Electronics Technology Group Corporation (CETC) (and CETC subsidiaries: 14th Research Institute of CETC, 15th Research Institute of CETC, CETC Research Institute 32)

• CETC is directly owned and controlled by SASAC, is directly affiliated with MIIT and SASTIND, and it is indirectly affiliated with MIIT and the PLA (Section 1260H(g)(2)(B)(i)(I)). CETC is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with MIIT, SASTIND, and the PLA (Sections 1260H(g)(3)(B)(i), (iii), and (v)).

China General Nuclear Power Corporation (CGN)

• CGN is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China International Marine Containers (Group) Co., Ltd. (CIMC)

• CIMC is indirectly owned by SASAC and is indirectly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

China Mobile Communications Group Co., Ltd. (China Mobile Comm) (and China Mobile Comm subsidiaries: Aspire Technologies (Shenzhen) Limited, China Mobile Hong Kong (BVI) Limited, China Mobile Limited (China Mobile))

• China Mobile Comm is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China National Chemical Corporation Ltd. (ChemChina)

• ChemChina is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China National Chemical Engineering Group Corporation (CNCEC)

• CNCEC is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China National Nuclear Corporation (CNNC)

• CNNC is directly owned and controlled by SASAC and is affiliated with the PLA and SASTIND (Section 1260H(g)(2)(B)(i)(I)).

China National Offshore Oil Corporation (CNOOC) (and CNOOC subsidiary: China BlueChemical Limited)

• CNOOC is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China North Industries Group Corporation Limited (Norinco Group) (and Norinco Group subsidiaries: China North Chemical Research Academy Group Co., Ltd., Chinese Academy of Ordnance Science, Harbin First Machinery Group Ltd., Inner Mongolia First Machinery Group Co., Ltd. . Kiekert USA Inc., Merit Automotive Electronics Systems S.L.U, North Petroleum International Company Limited, and Yunnan Yuanjin Optical Instrument Co., Ltd.)

• Norinco Group is directly owned and controlled by SASAC and is directly affiliated with SASTIND and the PLA (Section 1260H(g)(2)(B)(i)(I)). Norinco Group is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with SASAC (Section 1260H(g)(3)(B)(ii)).

China South Industries Group Corporation (CSGC) (and CSGC

subsidiaries: Baoding Tianwei Baobian Electric Co., Ltd., Beijing Beiji Mechanical and Electrical Industry Co., Ltd., Changan US R&D Center, Inc., China South Industries Group Corporation No. 59 Research Institute Co., Ltd., Heilongjiang Northern Tools Co., Ltd., and Sichuan Jian'an Industry Co., Ltd.)

• CSGC is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China SpaceSat Co., Ltd. (China SpaceSat) (and China SpaceSat subsidiaries: Aerospace Star Space Technology Application Co., Ltd., Oriental Blue Sky Titanium Technology Co., Ltd., and Xi'an Aerospace Tianhua Data Technology Co., Ltd.)

• China SpaceSat is indirectly owned by SASAC and is indirectly affiliated with the PLA (Section 1260H(g)(2)(B)(i)(I)).

China State Construction Engineering Corporation Limited (CSCEC) (and CSCEC subsidiary: China Construction America, Inc.)

• CSCEC is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China State Shipbuilding Corporation Limited (CSSC) (and CSSC subsidiary: China Shipbuilding Trading Co., Ltd. (CSTC))

• CSSC is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China Telecom Group Co., Ltd. (China Telecom) (and China Telecom subsidiaries: China Telecom Corporation Limited, China Telecom Satellite Communications Co., Ltd., New Guomai Digital Culture Co., Ltd., Tianyi Cloud Technology Co., Ltd., and Zhongjie Communications Co., Ltd.)

• China Telecom is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China Three Gorges Corporation (CTG)

• CTG is directly owned and controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

China United Network Communications Group Co., Ltd. (China Unicom) (and China Unicom subsidiaries: Beijing Telecom Planning and Designing Institute Company Limited, China Unicom (BVI) Co., Ltd., China Unicom (Hong Kong) Limited, China Unicom Group Corporation (BVI) Co., Ltd., and China United Network Communications Co., Ltd.)

• China Unicom is directly controlled by SASAC (Section 1260H(g)(2)(B)(i)(I)).

CloudWalk Technology Co., Ltd. (CloudWalk)

- CloudWalk is indirectly owned by and indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). CloudWalk is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a "Little Giant" (Section 1260H(g)(3)(A)).

Commercial Aircraft Corporation of China Limited (COMAC) (and COMAC subsidiaries: Beijing Aeronautical Science & Technology Research Institute, COMAC America Corporation Shanghai Aircraft Design and Research Institute, and Shanghai Aircraft Manufacturing Co., Ltd.)

- COMAC is directly owned and controlled by SASAC and is directly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

Contemporary Amperex Technology Co., Ltd. (CATL)

- CATL is indirectly affiliated with MIIT and is directly and indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)).

CRRC Corporation Limited (CRRC)

- CRRC is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

CSSC Offshore & Marine Engineering (Group) Company Limited (COMEC) (and COMEC subsidiaries: Guangzhou Wenchuan Heavy Industry Co., Ltd., and Huacheng (Tianjin) Ship Leasing Co., Ltd.)

- COMEC is indirectly owned by SASAC and is directly affiliated with the PLA (Section 1260H(g)(2)(B)(i)(I)).

Dawning Information Industry Co., Ltd. (Sugon)

- Sugon is indirectly affiliated with MIIT, SASAC, and the PLA (Section 1260H(g)(2)(B)(i)(I)).

EVE Energy Co., Ltd. (EVE Energy)

- EVE Energy is directly and indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). EVE Energy is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, research, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military industrial planning apparatus, or in furtherance of Chinese military industrial planning objectives,

through its selection as a "Single Champion" (Section 1260H(g)(3)(A)).

Global Tone Communication Technology Co., Ltd. (GTCOM) (and GTCOM subsidiary: GTCOM Technology Corporation (GTCOM–US))

- GTCOM is indirectly affiliated with SASAC and MIIT (Section 1260H(g)(2)(B)(i)(I)). GTCOM is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a "Little Giant" (Section 1260H(g)(3)(A)).

Guizhou Aviation Technical Development Co., Ltd. (Guizhou Aviation Tech)

- Guizhou Aviation Tech is indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). Guizhou Aviation Tech is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designations as a "Little Giant" and a "Single Champion" (Section 1260H(g)(3)(A)).

Hangzhou Hikvision Digital Technology Co., Ltd. (Hikvision)

- Hikvision is indirectly owned by SASAC and is directly affiliated with the PLA (Section 1260H(g)(2)(B)(i)(I)). Hikvision is a military-civil fusion contributor to the Chinese defense industrial base because it receives funding from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military industrial planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a "Single Champion" (Section 1260H(g)(3)(A)).

Hangzhou Yushu Technology Co., Ltd. (Unitree)

- Unitree is indirectly owned by and indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). Unitree is a military-civil fusion contributor to the Chinese defense industrial base because

it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a "Little Giant" (Section 1260H(g)(3)(A)).

Hesai Group (also known as Hesai Technology Co., Ltd.)

- Hesai Group is directly affiliated with MIIT and is indirectly affiliated with SASAC of the State Council and the PLA (Section 1260H(g)(2)(B)(i)(I)). Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a "Little Giant;" it is affiliated with the MIIT; and it resides in a military-civil fusion enterprise zone (Sections 1260H(g)(3)(A), (g)(3)(B)(i), and (g)(3)(E)).

Huawei Investment & Holding Co., Ltd. (Huawei Holding) (and Huawei Holding subsidiary: Huawei Technologies Co., Ltd. (Huawei))

- Huawei Holding is indirectly affiliated with SASAC and is directly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

Inspur Group Co., Ltd. (Inspur)

- Inspur is indirectly affiliated with MIIT and SASTIND (Section 1260H(g)(2)(B)(i)(I)). Inspur is a military-civil fusion contributor because it is affiliated with MIIT and SASAC (Sections 1260H(g)(3)(B)(i) and (g)(3)(B)(ii)).

JA Solar Technology Co., Ltd. (JA Solar)

- JA Solar is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a "Little Giant" and a "Single Champion" (Section 1260H(g)(3)(A)).

MGI Tech Co., Ltd. (MGI)

- MGI is directly affiliated with MIIT and indirectly affiliated with SASTIND and the PLA (Section

1260H(g)(2)(B)(i)(I)). MGI is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Single Champion'' and because it is affiliated with MIIT (Sections 1260H(g)(3)(A) and (g)(3)(B)(i)).

NetPosa Technologies, Ltd. (NetPosa)

• NetPosa is directly and indirectly affiliated with the Chinese security forces and is indirectly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

NIO, Inc. (NIO)

• NIO is directly and indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). NIO is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with MIIT (Section 1260H(g)(3)(B)(i))).

Novogene Company Limited (Novogene)

• Novogene is indirectly owned by SASAC and is indirectly affiliated with MIIT and the PLA (Section 1260H(g)(2)(B)(i)(I)).

Origincell Technology Co., Ltd. (Origincell)

• Origincell is indirectly affiliated with MIIT, SASAC, SASTIND, and the PLA (Section 1260H(g)(2)(B)(i)(I)).

Phenix Optical Company Limited (formerly Phoenix Optics Company Limited)

• Phenix Optical Company Limited is directly controlled by SASAC and is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

Quectel Wireless Solutions Co., Ltd. (Quectel)

• Quectel is indirectly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

RoboSense Technology Co., Ltd.

• RoboSense is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with the PLA (Section 1260H(g)(3)(B)(v)).

SDIC Intelligence (Xiamen) Information Co., Ltd. (SDIC Intelligence) (and SDIC Intelligence subsidiaries: Beijing Meiya Hongshu Technology Co., Ltd., and Xiamen Meiya Zhongmin Electronic Technology Co., Ltd.)

• SDIC Intelligence is indirectly owned and controlled by SASAC and is indirectly affiliated with Chinese security forces, Chinese law enforcement, and MIIT (Section 1260H(g)(2)(B)(i)(I)).

Semiconductor Manufacturing International Corporation (SMIC) (and SMIC subsidiaries: Better Way Enterprises Limited, China IC Capital Co., Ltd., Magnificent Tower Limited, Semiconductor Manufacturing International (Beijing) Corporation (SMIC Beijing), Semiconductor Manufacturing International (Shenzhen) Corporation (SMIC Shenzhen), Semiconductor Manufacturing International (Tianjin) Corporation (SMIC Tianjin), Semiconductor Manufacturing North China (Beijing) Corporation, Semiconductor Manufacturing South China Corporation (SMIC South China), SilTech Semiconductor Corporation, SMIC Holdings Limited (SMIC Holdings), SMIC Semiconductor Manufacturing (Shanghai) Co., Ltd (SMIC Shanghai), and SMIC, Americas)

• SMIC is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)).

SenseTime Group, Inc. (SenseTime)

• SenseTime is indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). SenseTime is a military-civil fusion contributor to the Chinese defense industrial base because it is affiliated with MIIT (Section 1260H(g)(3)(B)(i)).

Shanghai Yitu Network Technology Co., Ltd. (Yitu)

• Yitu is indirectly owned by SASAC and is indirectly affiliated with MIIT, SASAC, SASTIND, and the PLA (Section 1260H(g)(2)(B)(i)(I)).

Shenzhen DJI Technology Co., Ltd. (DJI) (and DJI subsidiary: Shenzhen Dajiang Baiwang Technology Co., Ltd.)

• DJI is indirectly affiliated with SASAC and is directly affiliated with MIIT and the People's Armed Police (PAP) (Section 1260H(g)(2)(B)(i)(I)). DJI is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, research, and industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military industrial planning apparatus, or in furtherance of Chinese military industrial planning objectives through multiple designations, such as a ''Single Champion'' designation; it is affiliated with MIIT, and it resides in or is affiliated with a military-civil fusion enterprise zone (Sections 1260H(g)(3)(A), (g)(3)(B)(i), and (g)(3)(E)).

Sinotrans & CSC Holdings Co., Ltd. (Sinotrans)

• Sinotrans is indirectly owned by SASAC and is directly affiliated with the PLA (Section 1260H(g)(2)(B)(i)(I)).

Tencent Holdings Limited (Tencent)

• Tencent is indirectly affiliated with the PLA (Section 1260H(g)(2)(B)(i)(I)).

Tianma Microelectronics Co., Ltd. (Tianma)

• Tianma is indirectly owned by SASAC (Section 1260H(g)(2)(B)(i)(I)). Tianma is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted or created by, or provided under, or related to, the Chinese military industrial planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Single Champion'' (Section 1260H(g)(3)(A)).

TP-Link Technologies Co., Ltd. (TP-Link)

• TP-Link is directly affiliated with the PLA (Section 1260H(g)(2)(B)(i)(I)). TP-Link is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance from the Government of China through science, technology, or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Single Champion'' (Section 1260H(g)(3)(A)).

Trina Solar Co., Ltd. (Trina Solar)

• TrinaSolar is indirectly affiliated with SASAC (Section 1260H(g)(2)(B)(i)(I)). TrinaSolar is a military-civil fusion contributor to the Chinese defense industrial base because it knowingly received assistance through science, technology, research or industrial efforts initiated, granted, or created by, or provided under, or related to, the Chinese military industrial planning apparatus or in furtherance of Chinese military industrial planning objectives through its designation as a ''Single Champion'' and it resides in a military-civil fusion enterprise zone (Sections 1260H(g)(3)(A) and (g)(3)(E)).

Wuhan Geosun Navigation Technology Co., Ltd. (Geosun)

• Geosun is indirectly affiliated with SASAC, SASTIND, and the PLA (Section 1260H(g)(2)(B)(i)(I)). Geosun is a military civil fusion contributor to the Chinese defense industrial base because

it received a military production license (Section 1260H(g)(3)(F)).

WuXi AppTec Co., Ltd. (WuXi AppTec)

• WuXi AppTec is indirectly owned by SASAC and is indirectly affiliated with SASTIND and the PLA (Section 1260H(g)(2)(B)(i)(I)).

Yangtze Memory Technologies Co., Ltd. (YMTC)

• YMTC is indirectly owned by SASAC and is indirectly affiliated with MIIT and SASTIND (Section 1260H(g)(2)(B)(i)(I)).

Zhejiang Dahua Technology Co., Ltd. (Dahua) (and Dahua subsidiary: Chengdu Dahua Wisdom Information Technology Co., Ltd.)

• Dahua is indirectly owned by SASAC and is directly and indirectly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

Zhongji Innolight Co., Ltd. (Innolight)

• InnoLight is indirectly owned by SASAC and directly affiliated with MIIT (Section 1260H(g)(2)(B)(i)(I)).

The Deputy Secretary of Defense has determined that the following previously listed entities should be removed from the most recent Section 1260H List announced on January 7, 2025:

Anhui Sun Create Electronics Co., Ltd.
China International Information Services Ltd.
China National Chemical Engineering Co., Ltd.
China Traffic Construction USA, Inc.
CNOOC China Limited (CNOOC China Ltd.)
CNOOC International Trading Co., Ltd. (CNOOC International Trading)
COSCO SHIPPING Finance Co., Ltd.
Costar Group Co., Ltd. (Costar)
GLARUN Technology Co., Ltd.
Taiji Computer Co., Ltd.

The list of entities designated as ''Chinese military companies'' in Mandarin can be found in this notice's docket on *https://www.regulations.gov.* Search by the docket ID, DOD–2026–OS–1288. The Mandarin list is available for public viewing at the Supporting & Related Material tab.

Reconsideration Process

Entities who are included on the 1260H List may request reconsideration of this decision. Requests for reconsideration must include:

1. The listed entity's name and mailing address (including email address) and an authorized representative's name and mailing address (including email address); and

2. A statement indicating the entity's intent to request reconsideration of the Department's determination, including a detailed description with supporting evidence of why the listed entity should be removed from the 1260H List.

The request for reconsideration may also include additional information such as arguments and evidence that establishes that an insufficient basis exists for the listing or that the circumstances resulting in the listing no longer apply.

Requests for reconsideration or any other correspondence related to the 1260H List must be emailed to *osd.pentagon.ousd-a-s.list.1260h-list@mail.mil.*

Dated: June 5, 2026.

**Aaron T. Siegel,**
*Alternate OSD Federal Register Liaison Officer, Department of Defense.*
[FR Doc. 2026–11571 Filed 6–8–26; 12:30 pm]
**BILLING CODE 6001–FR–P**

---

# DEPARTMENT OF EDUCATION

**[Docket No.: ED–2026–SCC–0463]**

**Agency Information Collection Activities; Submission to the Office of Management and Budget for Review and Approval; Comment Request; Targeted Teacher Shortage Areas Data Collection**

**AGENCY:** Office of Postsecondary Education (OPE), Department of Education (ED).

**ACTION:** Notice.

---

**SUMMARY:** In accordance with the Paperwork Reduction Act (PRA) of 1995, the Department is proposing a reinstatement without change of a previously approved information collection request (ICR).

**DATES:** Interested persons are invited to submit comments on or before July 10, 2026.

**ADDRESSES:** Written comments and recommendations for proposed information collection requests should be submitted within 30 days of publication of this notice. Click on this link *www.reginfo.gov/public/do/PRAMain* to access the site. Find this information collection request (ICR) by selecting ''Department of Education'' under ''Currently Under Review,'' then check the ''Only Show ICR for Public Comment'' checkbox. *Reginfo.gov* provides two links to view documents related to this information collection request. Information collection forms and instructions may be found by clicking on the ''View Information Collection (IC) List'' link. Supporting statements and other supporting documentation may be found by clicking on the ''View Supporting Statement and Other Documents'' link.

**FOR FURTHER INFORMATION CONTACT:** For specific questions related to collection activities, please contact Freddie Cross, 202–987–0430.

**SUPPLEMENTARY INFORMATION:** The Department is especially interested in public comment addressing the following issues: (1) is this collection necessary to the proper functions of the Department; (2) will this information be processed and used in a timely manner; (3) is the estimate of burden accurate; (4) how might the Department enhance the quality, utility, and clarity of the information to be collected; and (5) how might the Department minimize the burden of this collection on the respondents, including through the use of information technology. Please note that written comments received in response to this notice will be considered public records.

*Title of Collection:* Targeted Teacher Shortage Areas Data Collection.

*OMB Control Number:* 1840–0595.

*Type of Review:* A reinstatement without change of a previously approved ICR.

*Respondents/Affected Public:* State, Local, and Tribal Governments.

*Total Estimated Number of Annual Responses:* 57.

*Total Estimated Number of Annual Burden Hours:* 6,612.

*Abstract:* This request is for approval of reporting requirements that are contained in the Federal Family Education Loan Program (FFELP) regulations (34 CFR 682.210) which address the targeted teacher deferment provision of the Higher Education Act of 1965 as amended by the Higher Education Amendment of 1986 sections 427(a)(2)(C)(vi) 428(b)(1)(M)(vi) and 428(b)(4)(A) which provide for the targeted teacher deferment. The FFELP (34 CFR 682.210(q)) Paul Douglas Teacher Scholarship Program (34 CFR 653.50(a)) TEACH Grant Program and Federal Perkins Loan Program (34 CFR 674.53(c)) regulations contain information collection requirements. The Chief State School Officers of each state provide the Secretary annually with a database of proposed teacher shortage areas for each state.

**Ross Santy,**
*Chief Data Officer, Office of Planning, Evaluation and Policy Development.*
[FR Doc. 2026–11625 Filed 6–9–26; 8:45 am]
**BILLING CODE 4000–01–P**